**[3600]** [O/ Approving Trustee's Report of No Dist & Closing Estate]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:11−bk−05221−JAF
Chapter 7

Amy Lynn Hampton
fka Amy Lynn Little

Thomas Joseph Hampton

_____Debtor(s)_____/

ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION AND CLOSING ESTATE

It appearing to the Court that the Trustee has filed his/her report of no distribution and that said Trustee has performed all other duties required in the administration of this estate;

IT IS ORDERED that the report is approved and that the estate is closed. The Trustee is discharged from and relieved of his/her trust; and the bond of the Trustee is canceled and the surety or sureties thereon are released from further liability thereunder, except any liability which may have accrued during the time such bond was in effect.

Dated October 21, 2011.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
Trustee
United States Trustee